# EXHIBIT A

Petitioner's Psychological Evaluation
Performed by the Rochester City School District,
Dated December 13, 2016



131 West Broad Street     Rochester,            New York 14614     (585) 262-8100

## Psychological Evaluation
## CONFIDENTIAL

**NAME: ABIGAIL HERNANDEZ**           ID:
DOB:                                   CA: 20-0
SCHOOL: EDISON CAREER AND TECH         GRADE/PROGRAM: 12th/ 12;1+1
DATE OF EVALUATION: Dec.               CLASSIFICATION: ID
DATE OF REPORT: Dec. 13, 2016          EVALUATOR: Joyce Horstman
**XX Re-Evaluation**

### REASON FOR REFERRAL:

Abigail is currently being referred to the CSE to conduct her state mandated three year evaluation, as well as her annual review. At the present time she is classified Intellectually Disabled and is placed in a 12:1+1 program at Edison Career and Technical High School.

### RELEVANT SCHOOL AND SOCIAL HISTORY:

Abigail was born in Mexico. Her mother moved to Rochester when Abigail was about one year old and Abigail stayed in Mexico with her maternal grandmother. Apparently Abigail was not appropriately cared for by her grandmother and behaved inappropriately. She attended kindergarten in Mexico. She came to the United States in 2002 and lived in the Bronx with her family. She attended a bilingual program for 1st and R-1st grades, this examiner is not sure what school she attended. In July 2004 she was evaluated at the Morrisania Diagnostic and Treatment Center, Child Development Clinic. She was diagnosed with a developmental language disorder. She had severe delays in both receptive and expressive language skills. Her cognitive functioning fell significantly below the average range. At that time she was classified as a student with a Speech Language Impairment. It was recommended that she attend a general education class with S/L as a related service. In 2006 she was in 2nd grade at PS 70. She was referred to the CSE in March 2006, when she was in 2nd grade. Her teacher indicated that she was performing below grade level. Her biological father was murdered in Mexico in 2005. Abigail, her mother, and half brother moved to Rochester in Sept. 2006, when she was almost 10 years old. Her step-father was still living in NYC and hoping to move to Rochester soon.

Abigail entered the RCSD in Sept. 2006 and was enrolled in an integrated bilingual 3rd grade classroom at School #28. Upon entering the RCSD she was given speech language services, as well as ESOL services. A speech language assessment at that time indicated profound delays in all areas of language and auditory processing. She was able to communicate her wants and needs but had difficulty using language for academic purposes. She was classified as Speech Language Impaired when she entered the RCSD. She repeated 3rd grade. She was referred to the CSE in April 2009, when she was in 5th grade due to continued academic concerns. It was felt that her current program was not meeting her needs and that her

1

disability was more than a speech language impairment. It was noted that Abigail is sensitive to loud noises and smells. In 2009 the CSE recommended that she continue to be classified as a student with a Speech Language Impairment, and continue in a bilingual integrated special class. She was reevaluated in April 2009 for her three year evaluation. She had made limited academic gains and it was felt that she may need a more intense program. She was described as a very concrete learner. The CSE recommended that her classification be changed from SLI to Intellectually Disabled due to pervasive delays. She was then placed in a 12:1+1 program. Abigail was referred to the CSE in Jan. 2012 for her three year evaluation. At that time she was in 8th grade at East High School and was placed in a 12:1+1 program. Abigail was referred to the CSE in Nov. 2013 to review her program and to determine if she qualified for alternative assessments. She was repeating 9th grade at East High School. The CSE determined that she did qualify for alternative assessment.

## SUMMARY of RtI INFORMATION:

None available at this time.

## PREVIOUS COGNITIVE, ACHIEVEMENT, AND OTHER RELEVANT TEST RESULTS:

| DATE | CA | TEST | SCORES |
|---|---|---|---|
| 03/22/06 | 9-3 | WISC IV-Spanish | Verbal Comprehension- SS 59 |
| | | | Perceptual Reasoning- SS 63 |
| | | | Working Memory- SS 68 |
| | | | Processing Speed- SS 73 |
| | | | Full Scale- SS 57 |
| 04/13/09 | 12-4 | WJ III-Spanish | Broad Reading- SS 73 |
| | | | Broad Math- SS 43 |
| | | | Broad Written Language- SS 69 |
| 04/27/09 | 12-5 | SWMC III NU | Verbal Ability- SS 67 |
| | | | Thinking Ability- SS 61 |
| | | | Cognitive Efficiency- SS 65 |
| | | | GIA (General Intellectual Ability)- SS 62 |
| 01/06/12 | 15-1 | Vineland | Communication- SS 58 |
| | | | Daily Living Skills- SS 60 |
| | | | Socialization- SS 61 |
| 11/06/13 | 16-11 | WJ III Ach. | Brief Reading- SS 63 |
| | | | Passage Comprehension- SS 54 |
| | | | Applied Problems- SS 39 |
| | | | Writing Samples- 67 |

## CURRENT TESTS/PROCEDURES ADMINISTERED:

WAIS IV
K-TEA
Vineland Adaptive Behavior Scales- Teacher Rating Form
Cumulative record review
Teacher input

2

## PSYCHOLOGIST'S OBSERVATIONS:

This examiner went to get Abigail from her class. She readily accompanied this examiner to the testing room. She presented as a young lady who wore eyeglasses, colors in her hair and was appropriately dressed and groomed. She was cooperative throughout testing but carried on very little spontaneous conversation. At times she was difficult to understand due to her articulation, as well as having very crooked teeth which appeared to have an effect on how her tongue was placed when speaking. She stated that she would like to be on her own, with no help because she can take care of herself. She would also like to go to a four year college. At the present time she lives at home with her mother and step-father. She stated she is an only child so this examiner is not sure if her half brother lives with them or not.

## TEST RESULTS AND INTERPRETATION:

### Cognitive:

Abigail has had two cognitive measures in the past, yielding full scale scores of 57 and 62. A new cognitive measure was administered because she is an alternative assessment student who just turned 20 years old. Abigail was administered the WAIS IV, a test of intellectual abilities. She received the following scores:

| Composite: | Std. Score | %ile Rank | 90% Confidence |
|---|---|---|---|
| Verbal Comprehension | 68 | 2 | 65-74 |
| Perceptual Reasoning | 60 | 0.4 | 57-67 |
| Working Memory | 63 | 1 | 60-71 |
| Processing Speed | 62 | 1 | 59-73 |
| Full Scale | 57 | 0.2 | 54-61 |

These scores place Abigail's potential well below the average range and correlate to her previous cognitive measures. Her relative strength is in her word knowledge skills, while her relative weakness is in the area of nonverbal reasoning.

The Verbal Comprehension Index assesses a student's ability to listen to a question, draw upon learned information from both formal and informal education, reason through an answer and express their thoughts aloud. It is a good indicator of achievement orientation, but can be influenced by background, education and cultural opportunities. The Verbal Comprehension Composite consists of three subtests. The first subtest, Similarities, required Abigail to identify a similarity between two given words. The second subtest, Vocabulary, required Abigail to define a word that was presented to her orally. The third subtest, Information, involved answering general knowledge questions. She scored well below average on all three subtests.

The Perceptual Reasoning Index is a measure of non-verbal and fluid reasoning. It assesses a student's ability to examine a problem, draw upon visual-motor and visual spatial skills, organize their thoughts, create solutions and then test them. The Perceptual Reasoning composite also consisted of three subtests. The first subtest, Block Design, required Abigail to replicate a picture design using red and white cubes. The second subtest, Matrix Reasoning,

3

replicate a picture design using red and white cubes. The second subtest, Matrix Reasoning, required her to determine a missing piece in a grid when given five choices at the bottom of the page. The third subtest, Visual puzzles, required her to choose three pieces, from a series of six, that would be used to make the pictured figure. Abigail scored well below the average range on all three subtests.

The Working Memory Index assesses a student's ability to memorize new information, hold it in short-term memory, concentrate, and manipulate that information to produce some result of reasoning processes. It is important in higher-order thinking, learning and achievement. The Working Memory composite consisted of two subtests, both relying on concentration and auditory short term memory. The first, Digit Span, required Abigail to repeat a series of numbers in the exact order this examiner gave them to her orally, while the second part of the subtest required her to repeat a series of numbers, that were presented forwards, backwards. This subtest requires a high level of concentration and attention. The second subtest, arithmetic, required her to respond to visually and orally presented arithmetic problems. She scored well below the average range on both of these subtests.

The Processing Speed Index assesses a student's abilities to focus attention and quickly scan, discriminate between and sequentially order visual information. It requires persistence and planning ability, but is sensitive to motivation, difficulty working under a time pressure, and motor coordination. The Processing Speed composite consists of two subtests, both paper and pencil timed tasks. On the first subtest, Coding, there is a stimulus booklet with a sequence of numbers, with different symbols in little boxes underneath the numbers. A little further down on the page are numbers with empty boxes under the numbers. Abigail was required to put the symbol that corresponded to the number in the little box. She worked slowly and completed 39, with 6 errors. The second subtest, Symbol Search, was also a timed task in a test booklet. First she was shown two symbols, than a series of five symbols. She had to determine if either of the fist two symbols was one of the next five, then mark "no" if neither one of them were there, and not mark anything if the symbol was there. She was only able to complete 14 rows (out of a possible 60), with one error, in a two minute time period.

When all of these subtests are calculated together, Abigail scored well below the average range, which correlates to her previous cognitive measures.

## ACHIEVEMENT:

Abigail was administered the K-TEA, a test of academic achievement. She scored the following on this test.

| Subtest scores | Standard Score | 90% Confidence | %ile rank |
| --- | --- | --- | --- |
| Math Con./App. | 48 | 43-53 | <0.1 |
| Letter Word ID | 64 | 59-69 | 1 |
| Math Computation | 56 | 51-61 | 0.2 |
| Spelling | 68 | 62-74 | 2 |
| Reading Comprehension | 54 | 47-61 | 0.1 |
| Reading Composite | 56 | 51-61 | 0.2 |
| Math Composite | 51 | 47-55 | 0.1 |

4

These scores place Abigail well below the average range in all areas tested. She was able to compute basic math concept and application problems but was the problems became more complex, she did not have the skills to solve them. She was unable to read time on a clock, did not know the sequence of the days of the week, and had difficulty following a sequence of shapes and numbers. On the math calculation subtest she used finger counting to compute all problems. She erred on simple addition when there was a "0" in the problem. She did not calculate any double digit subtraction problems, nor any multiplication problems, even as easy as 2x3. She also had difficulty with addition problems containing three or more numbers.

Abigail has relatively good decoding skills. She actually accurately decoded some words after she reached the ceiling level. If she had taken more time to look at the words she most likely would have scored higher. Her reading fluency is good but she did not score very high on the reading comprehension subtest because she did not understand what she was reading about.

Her spelling skills are relatively good as well. It appears as though some of her errors were the result of not hearing the word correctly. i.e.: "ask" for "as", "wronglid" for "wrongly", etc. Many of her incorrect spellings were the result of spelling the word phonetically.

Social/Emotional Functioning:

Abigail is said to have good peer and adult relationships. She can be easily distracted and needs structure. She likes to take care of animals and enjoys computer games. She is hesitant to try new things and due to speech language impairments, and has difficulty expressing herself.

Adaptive Behavior Skills:

The Vineland Adaptive Behavior Scales was completed by Abigail's teacher, Richard Willett. Abigail scored the following:

| Domain | Std. Score | %ile Rank |
|---|---|---|
| Communication | 82 | 12 |
| Daily Living Skills | 80 | 9 |
| Socialization | 74 | 4 |
| Adaptive Beh. Composite | 77 | 6 |

Abigail's Adaptive Behavior Composite places her well below the average range. Her abilities in the Communication domain and Daily Living Skills domain place her at the low end of low average. Her socialization skills fall well below the average range. All of these scores are significantly higher than previous Vinland Adaptive Behavior scores. This may be due to different evaluators and/ or she has made good gains in all areas.

5

## SUMMARY AND DIAGNOSTIC IMPRESSIONS:

Abigail is currently being referred to the CSE to conduct her three year evaluation. At the present time she is classified as a student with an Intellectual Disability and receives instruction in a 12:1+1 program. Previous and current cognitive measures have placed her potential well below the average range. Current achievement testing indicates that she is working well below grade level in all academic areas. She has relatively good spelling and decoding skills. Her math skills are very weak. The Vineland Adaptive Behavior Scale indicates that her communication and daily living skills are in the low average range, while her socialization skills are well below the average range.

==Abigail will continue to need support from outside agencies when she leaves school.== She would like to live on her own and be more independent.

_Joyce Horstman_     Dec. 13, 2016
                                     DATE

Joyce Horstman MA, MS, CAS
Certified School Psychologist