EXHIBIT G

ICE denial of 6/24/2021

*Office of Enforcement and Removal Operations*

U.S. Department of Homeland Security
250 Delaware Avenue, Floor 7
Buffalo, New York 14202



U.S. Immigration
and Customs
Enforcement

June 24, 2021

Michael E. Marszalkowski, Esq
370 Franklin Street
Buffalo, NY 14202

RE: Hernandez Arellano, Abigail
A# 214 088 660

Dear Mr. Marszalkowski:

This letter is in response to your recent correspondence requesting parole for your client, Abigail Hernandez Arellano. After a careful review of the evidence you submitted and the immigration file, your request for parole is denied.

Sincerely,

Thomas E. Feeley
Field Office Director
Buffalo, NY

Attachments
cc: File A214 088 660