# EXHIBIT H

Letter from Eufracio Flores,
Dated July 10, 2019

Eufracio Flores

31 Grafton St

Rochester, New York


USICE

Atten: Parole

4250 Federal Drive

Batavia, New York 14020

July 10, 2019

To Whom it May Concern:


I am the step father of Abigail Hernandez. I am writing you to request that she be release from the Batavia Detention Center. I am the only father that Abigail knows. I am an upstanding man who works very hard to provide for his family. I am beloved by my co-workers. My household demonstrates peace and love for each other and our community. Abigail has never been away from her family. She is a young woman that requires assistance because she was born with a complicated disability. She is limited in her ability to do very simple tasks. I am her protector.

I miss my daughter. Abigail is a homebody and has never ventured far away from home. As a family we do everything together. Abigail has never demonstrated violence or hate; she would never harm anyone. She is a lover of mankind. She had perfect attendance at school. She willing participated in many community activities on a regular basis. She looks forward to the next assignment.

Please release Abi to my trusted care. I promise that she is follow the conditions of the release exactly how it is written.

Please give her this opportunity.

Thank you

Eufracio Flores